UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MURIELLE ABDALLAH, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BAIN CAPITAL LLC,<br><br>Defendant. | Civil Action No.<br>1:11-CV-11904-JLT |

## **DEFENDANT BAIN CAPITAL, LLC'S MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendant Bain Capital, LLC hereby moves to dismiss the claims asserted against it by plaintiff Murielle Abdallah. Plaintiff's claims should be dismissed because even if everything Plaintiff alleges is true, she still fails to state a claim against Bain Capital as a matter of law. Bain Capital's grounds for this motion are set forth more fully in the Memorandum in Support of Defendant Bain Capital, LLC's Motion To Dismiss submitted contemporaneously herewith.

### **REQUEST FOR HEARING**

Bain Capital respectfully requests a hearing on this Motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BAIN CAPITAL, LLC, |
|  | By its attorneys, |
|  | /s/ Christopher B. Kaczmarek<br>David C. Casey (BBO No. 077260)<br>Christopher B. Kaczmarek (Bar No. 647085)<br>Jeanne Barber (Bar No. 678385)<br>LITTLER MENDELSON, P.C.<br>One International Place, Suite 2700<br>Boston, MA 02110<br>(617) 378-6000 (t)<br>(617) 737-0052 (f)<br>dcasey@littler.com<br>ckaczmarek@littler.com |
| Dated: December 5, 2011 | jbarber@littler.com |

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of December, 2011, the foregoing Motion to Dismiss was filed electronically through the ECF system and that is available for viewing and downloading from the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ Christopher B. Kaczmarek
Christopher B. Kaczmarek