UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MURIELLE ABDALLAH, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BAIN CAPITAL LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)  1:11-CV-11904-JLT<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT OF BAIN CAPITAL LLC

Pursuant to Federal Rule of Civil Procedure 7.3(A), defendant Bain Capital, LLC, by its undersigned counsel, states that it has no parent corporations and there are no publicly-held corporations owning 10% or more of Bain Capital, LLC's stock.

Respectfully submitted,

BAIN CAPITAL, LLC

By its attorneys,

/s/ Christopher B. Kaczmarek
David C. Casey (BBO No. 077260)
Christopher B. Kaczmarek (Bar No. 647085)
Jeanne Barber (Bar No. 678385)
LITTLER MENDELSON, P.C.
One International Place, Suite 2700
Boston, MA 02110
(617) 378-6000 (t)
(617) 737-0052 (f)
dcasey@littler.com
ckaczmarek@littler.com

Dated: December 5, 2011    jbarber@littler.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 5th day of December, 2011, the foregoing pleading was filed electronically through the ECF system and that is available for viewing and downloading from the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                                 /s/ Christopher B. Kaczmarek
                                                 Christopher B. Kaczmarek