UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MURIELLE ABDALLAH, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>BAIN CAPITAL LLC,<br><br>    Defendant. | Civil Action No. 1:11-CV-11904-JLT |

**DEFENDANT'S ASSENTED-TO MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant Bain Capital LLC, by its undersigned attorneys and pursuant to Local Rule 7.1(b)(3), hereby moves this Court for leave to file the Notice of Supplemental Authority in Support of Its Motion To Dismiss (the "Notice"), attached hereto as Exhibit 1.  In support of this Motion, Defendant states that the Massachusetts Supreme Judicial Court's decision in Passatempo v. McMeninimen, 461 Mass. 279 (2012), attached as Exhibit A to the Notice, directly bears on the argument, asserted in Defendant's Motion to Dismiss, that the "discovery rule" is inapplicable to this case.

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

In accordance with Local Rule 7.1, I hereby certify that on February 9, 2012, counsel for Defendant conferred with Plaintiff's counsel via electronic mail, and Plaintiff's counsel assents to Defendant's filing a Notice of Supplemental Authority.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BAIN CAPITAL, LLC, |
|  | By its attorneys, |
|  | /s/ Christopher B. Kaczmarek |
|  | David C. Casey (BBO No. 077260) |
|  | Christopher B. Kaczmarek (Bar No. 647085) |
|  | Jeanne Barber (Bar No. 678385) |
|  | LITTLER MENDELSON, P.C. |
|  | One International Place, Suite 2700 |
|  | Boston, MA 02110 |
|  | (617) 378-6000 (t) |
|  | (617) 737-0052 (f) |
|  | dcasey@littler.com |
|  | ckaczmarek@littler.com |
| Dated: February 10, 2012 | jbarber@littler.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of February, 2012, the foregoing document was filed electronically through the ECF system and that is available for viewing and downloading from the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ Christopher B. Kaczmarek
Christopher B. Kaczmarek