UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MURIELLE ABDALLAH, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BAIN CAPITAL LLC,<br><br>    Defendant. | Civil Action No. 1:11-CV-11904-JLT<br><br>LEAVE TO FILE GRANTED ON March 6, 2012 |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant Bain Capital LLC hereby notifies the Court of the recent decision by the Massachusetts Supreme Judicial Court in Passatempo v. McMenimen, 461 Mass. 279 (2012), attached hereto as Exhibit A. The Passatempo decision is relevant to the argument, asserted in Defendant's Motion to Dismiss, that the "discovery rule" is inapplicable to this case.

Defendant respectfully suggests that the Supreme Judicial Court's decision in McMenimen provides additional authority to support Defendant's pending Motion to Dismiss.

Respectfully submitted,

BAIN CAPITAL, LLC

By its attorneys,

/s/ Christopher B. Kaczmarek
David C. Casey (BBO No. 077260)
Christopher B. Kaczmarek (Bar No. 647085)
Jeanne Barber (Bar No. 678385)
LITTLER MENDELSON, P.C.
One International Place, Suite 2700
Boston, MA 02110
(617) 378-6000 (t)
(617) 737-0052 (f)
dcasey@littler.com
ckaczmarek@littler.com

Dated: March 6, 2012          jbarber@littler.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 6th day of March, 2012, the foregoing document was filed electronically through the ECF system and that is available for viewing and downloading from the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                          /s/ Christopher B. Kaczmarek
                                          Christopher B. Kaczmarek